# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                       Case Number 2:07-cr-87
                                            Judge Edmund A. Sargus, Jr.

CHRISTOPHER PAUL,
        Defendant.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:     United States District Court
            Joseph P. Kinneary U.S. Courthouse     **Courtroom Number 311**
            85 Marconi Boulevard     **September 5, 2024 at 1:30 p.m.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **Final Revocation**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                     **EDMUND A. SARGUS, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**

DATE:   August 27, 2024

                                                        /s/   Christin M. Werner
                                                      (By) Christin M. Werner, Deputy Clerk